

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00529-CV

**THE UNKNOWN HEIRS OF CR DELK**, deceased, et al,
Appellant

v.

**VAL VERDE COUNTY**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 25395
Robert Cadena, Judge Presiding

## O R D E R

Robert G. Taylor, a non-resident attorney, has filed a motion requesting permission to participate in this appeal. The motion does not comply with Rule XIX of the Rules Governing Admission to the Bar of Texas which contains the requirements for participation in Texas proceedings by a non-resident attorney. Accordingly, the motion is DENIED without prejudice to re-filing a motion in compliance with Rule XIX.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court